# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RYAN P. GRAHAM, ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-12-0185-F |
| ) | |
| AMERICAN HOME MORTGAGE ) | |
| CORP., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

The court's civil jury trial docket requires all proposed jury instructions to include citations to the legal authority which the submitting party contends supports them. Doc. no. 136. Plaintiff's proposed jury instructions, at doc. no. 154, include no citations to any legal authority. Plaintiff is **DIRECTED** to file Amended Proposed Jury Instructions which restate all of plaintiff's proposed instructions, along with citations to the legal authority which supports them, no later than August 1, 2013. Supporting citations shall be provided at the end of each proposed jury instruction that addresses a substantive proposition of law. Plaintiff need not include citations for its proposed instructions numbered 1 through 17, as those instructions address general introductory-type matters. Plaintiff is also **DIRECTED** to submit a proposed verdict form, as well as any jury interrogatories plaintiff contends may be needed.

All parties are also **ADVISED** that any objections to proposed jury instructions should include legal citations and argument as necessary to support the objections.

Dated this 26th day of July, 2013.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

12-0185p029.wpd

-2-